## Isadore Plotke v. The Estate of E. L. Negley et al.

### Appeal from the County Court of Cook County.

Bill of exceptions does not purport to contain all the testimony. The certificate of the clerk of the trial court does not purport to give a transcript of the record upon that branch of the case involved in this appeal. Affirmed.

Opinion filed February 14, 1899.

W. A. MARSH, solicitor for appellant; G. W. AMBROSE, of counsel.

ROSENTHAL, KURZ & HIRSCHL, attorneys for appellees.